IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIAM LAYNE BRUSHABER     PLAINTIFFS

VERSUS     CIVIL ACTION NO. 1:13-cv-00453-LG-JCG

JACKSON COUNTY MISSISSIPPI;
SHERIFF MIKE BYRD, Individually and in His Official
Capacity as Sheriff of Jackson County, Mississippi;
HOPE THORNTON, Individually and in her Official
Capacity as Detective in the Jackson County Sheriff's Department;
LINDA JONES, Individually and in her Official
Capacity as Detective in the Jackson County Sheriff's Department;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; and
JOHN OR JANE DOES 1 - 15     DEFENDANTS

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, WILLIAM LAYNE BRUSHABER; Defendants, JACKSON COUNTY, MISSISSIPPI; SHERIFF MIKE BYRD, Individually and in his Official Capacity; HOPE THORNTON, Individually and in her Official Capacity; LINDA JONES, Individually and in her Official Capacity; and Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and hereby notify the Court that Plaintiff and these Defendants have entered into a Joint Stipulation of Dismissal with prejudice as to Plaintiff's claims against the Defendants herein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date: November 12, 2014.

Respectfully submitted,

By: _s/Douglas L. Tynes, Jr.__
    DOUGLAS L. TYNES, JR. (MSB # 101921)
    Attorney for Plaintiff Dwight Braswell

1

By:   *s/Gary Evans*  (with permission)
    GARY EVANS (MSB # 5261)
    Attorney for Defendants, Jackson County,
    Mississippi; Sheriff Mike Byrd, Hope Thornton,
    and Linda Jones, in Their Individual
    and Official Capacities

By:   *s/Alec M. Taylor*  (with permission)
    ALEC M. TAYLOR (MSB # 102874)
    Attorney for Defendant, Travelers Casualty
    and Surety Company of America

| Counsel for Plaintiff, William Layne Brushaber: <br> DOUGLAS L. TYNES, JR. (MSB # 101921) <br> Tynes Law Firm, P.A. <br> 525 Krebs Avenue (39567) <br> Post Office Drawer 966 <br> Pascagoula, MS 39568-0966 <br> (228) 769-7736 Telephone <br> (228) 769-8466 Facsimile <br> monte@tyneslawfirm.com | Counsel for Jackson County, Mississippi; Sheriff Mike Byrd, Hope Thornton, and Linda Jones, in their Individual and Official Capacities: <br> GARY S. EVANS (MSB # 5261) <br> JACKYE C. BERTUCCI (MSB # 9851) <br> Office of the Board Attorney <br> Post Office Box 998 <br> Pascagoula, MS 39568-0998 <br> (228) 769-3371 Telephone <br> (228) 769-3119 Facsimile <br> Mr. Evans: gevans@jcboardatty.com <br> Ms. Bertucci: jbertucci@jcboardatty.com |
|---|---|
| Counsel for Plaintiff, William Layne Brushaber <br> J. ADAM MILLER (MSB # 10517) <br> R. KEITH MILLER (MSB # 9475) <br> Miller & Miller Attorneys at Law, PLLC <br> 1126 Jackson Avenue, Suite 401 <br> Pascagoula, MS 39567 <br> (228) 762-8912 Telephone <br> (228) 762-8913 Facsimile <br> Adam Miller: millerfirm@gmail.com <br> Keith Miller: millerandmilleratty@gmail.com | Counsel for Travelers Casualty and Surety Company of America: <br> Alec M. Taylor  (MSB # 102874) <br> Krebs, Farley & Pelleteri, PLLC <br> One Jackson Place, Suite 900 <br> 188 East Capitol Street <br> Jackson MS 39201 <br> (601) 968-6710 Telephone <br> (601) 968-6708 Facsimile <br> ataylor@kfplaw.com |

## CERTIFICATE OF SERVICE

  I, DOUGLAS L. TYNES, JR., do hereby certify that I electronically filed the above and foregoing *Joint Stipulation of Dismissal* with the Clerk of the Court utilizing the ECF system, which provides notification of said filing to all counsel of record.

  SO CERTIFIED on this the 12th day of November, 2014.

              ___*s/Douglas L. Tynes, Jr.*_
              DOUGLAS L. TYNES, JR., MSB # 101921

DOUGLAS L. TYNES, JR. (MSB # 101921)
Tynes Law Firm, P.A.
525 Krebs Avenue (39567)
Post Office Drawer 966
Pascagoula, MS 39568-0966
(228) 769-7736 Telephone
(228) 769-8466 Facsimile
monte@tyneslawfirm.com

R. KEITH MILLER (MSB # 9475)
J. ADAM MILLER (MSB # 10517)
Miller & Miller Attorneys at Law, PLLC
1126 Jackson Avenue, Suite 401
Pascagoula, MS 39567
(228) 762-8912 Telephone
(228) 762-8913 Facsimile
Email: Keith Miller: millerandmilleratty@gmail.com
   Adam Miller: millerfirm@gmail.com

3