IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIAM LAYNE BRUSHABER					PLAINTIFFS

VERSUS			CIVIL ACTION NO. 1:13-cv-00453-LG-JCG

JACKSON COUNTY MISSISSIPPI;
SHERIFF MIKE BYRD, Individually and in His Official
Capacity as Sheriff of Jackson County, Mississippi;
HOPE THORNTON, Individually and in her Official
Capacity as Detective in the Jackson County Sheriff's Department;
LINDA JONES, Individually and in her Official
Capacity as Detective in the Jackson County Sheriff's Department;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; and
JOHN OR JANE DOES 1 - 15					DEFENDANTS

## NOTICE OF ENDORSEMENT

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the *Joint Stipulation of Dismissal*, which was filed electronically in this cause of action on November 12, 2014.

Date: November 12, 2014.

		Respectfully submitted,

		By:  s/Gary S. Evans
			GARY S. EVANS (MSB # 5261)
			Attorney for Defendants, Jackson County,
			Mississippi; Sheriff Mike Byrd, Hope Thornton,
			and Linda Jones, in Their Individual
			and Official Capacities

			Office of the Board Attorney
			Post Office Box 998
			Pascagoula, MS 39568-0998
			(228) 769-3371 Telephone
			(228) 769-3119 Facsimile
			gevans@jcboardatty.com

## CERTIFICATE OF SERVICE

      I, GARY S. EVANS, do hereby certify that I electronically filed the above and foregoing *Notice of Endorsement* with the Clerk of the Court utilizing the ECF system, which provides notification of said filing to all counsel of record.

      SO CERTIFIED on this the 12th day of November, 2014.

                                        *s/Gary S. Evans*
                                        GARY S. EVANS (MSB # 5261)

GARY S. EVANS (MSB # 5261)
JACKYE C. BERTUCCI (MSB # 9851)
Office of the Board Attorney
Post Office Box 998
Pascagoula, MS 39568-0998
(228) 769-3371 Telephone
(228) 769-3119 Facsimile
Mr. Evans: gevans@jcboardatty.com
Ms. Bertucci: jbertucci@jcboardatty.com